JOHN A. RUSSO, City Attorney, SBN 129729
RANDOLPH W. HALL, Assistant City Attorney, SBN 080142
RACHEL WAGNER, Lead Trial Attorney, SBN 127246
CHRISTOPHER KEE, Deputy City Attorney, SBN 157758
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Phone: (510) 238-7686, Fax: (510) 238-6500
Email:  ckee@oaklandcityattorney.org
X03331/594738

Attorneys for Defendants
CITY OF OAKLAND, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK CROOK, | Case No. Cv09-0431 SBA |
| Plaintiff, | ] ORDER RE: |
| v. | **DEFENDANTS' MOTION TO MODIFY PRE-TRIAL ORDER (Northern District Local Rules 16-2(d); 7-11)** |
| OFFICER STEVEN SZOPINSKI 8105, OFFICER M. CONTRERAS 8114P, OFFICER B. KO 8217P, OFFICER S. WONG 8196P, OFFICER M. VALLE 8635P, OFFICER P. BALZOUMANN 7666P, OFFICER E. TAUPAL 8130P, OFFICER C. WONG 8156P, And the CITY OF OAKLAND, | Date: tbd<br>Time: tbd<br>Courtroom: 1, 4th floor<br><br>The Honorable Saundra B. Armstrong |
| Defendants. | |

1  Before the Court is defendants' motion to modify the pre-trial Order to extend
2  discovery.  Good cause appearing therefore, the motion is **GRANTED**, and the discovery
3  cut-off shall be extended until November 30, 2009.

4

5  **IT IS SO ORDERED**

6

7  **Dated: 10/8/09**

8  *[signature: Saundra B. Armstrong]*
   **JUDGE OF THE FEDERAL DISTRICT COURT**

**PROOF OF SERVICE**
**Crook vs. City of Oakland**
**Case No. CV09 0431 SBA**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, One Frank H. Ogawa Plaza, 6th floor, Oakland, California 94612. On date shown below, I served the within documents:

**[proposed] ORDER RE:**
**DEFENDANTS' MOTION TO MODIFY PRE-TRIAL ORDER (Northern District Local Rules 16-2(d); 7-11)**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth.

☐ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by causing such envelope to be sent by Federal Express/Express Mail

**Roderick Crook**
**P.O. Box 23642**
**Oakland, CA   94623**

I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

Executed on September 25, 2009, at Oakland, California.

_____
Cynthia Andrada

(Proposed) ORDER RE:                    --                    C09-0431 SBA
DEFENDANTS' MOTION TO MODIFY
PRE-TRIAL ORDER (Northern District Local Rules 16-2(d); 7-11)