UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
RODERICK CROOK,              )
                             )
        Plaintiff(s),        )     No. C09-0431 SBA (BZ)
                             )
    v.                       )     ORDER RE OVERDUE PAPERS
                             )
OFFICER, 8105 STEVEN         )
SZOPINSKI, et al.,           )
                             )
        Defendant(s).        )
_____)
```

TO:  Plaintiff and Defendants and their attorney(s) of record:

On March 9, 2010, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for July 30, 2010.  Your statement was due July 23, 2010.  It was not received by chambers.

It is hereby **ORDERED** that if a statement is not lodged by the close of business tomorrow, plaintiff and defendants and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: July 26, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.2010\CROOK LATE PAPERS NOTICE.wpd

1