```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


CROOK,                          )        No. C09-00431 SBA
              Plaintiff,        )
                                )        ORDER DISMISSING ACTION
     vs.                        )
                                )
 SZOPINSKI ET AL,               )
                                )
              Defendant.        )
                                )
_____)
```

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED.

IT IS SO ORDERED.

DATED: 8/2/10

                                   _____
                                        SAUNDRA BROWN ARMSTRONG
                                        United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CROOK et al,

        Plaintiff,

  v.

SZOPINSKI et al,

        Defendant.

Case Number: CV09-00431 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roderick Crook
811 Geary Street
Apt. 601
San Francisco, CA 94109

Dated: August 2, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

2